**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re<br><br>Diamond Comic Distributors, Inc., *et al.*,<br><br>Debtors.[1] | Case No. 25-10308 (DER)<br><br>Chapter 7<br><br>(Jointly Administered) |
| Diamond Comic Distributors, Inc.<br>v. Aspen MLT, Inc. | Adversary Proceeding Number:<br>25-00236 DER |
| Diamond Comic Distributors, Inc.<br>v. Black Mask Studios | Adversary Proceeding Number:<br>25-00238 DER |
| Diamond Comic Distributors, Inc.<br>v. Dark Horse Comics, LLC | Adversary Proceeding Number:<br>25-00240 DER |
| Diamond Comic Distributors, Inc.<br>v. DSTLRY Media, Inc. | Adversary Proceeding Number<br>25-00242 DER |
| Diamond Comic Distributors, Inc.<br>v. Dynamic Forces, Inc. | Adversary Proceeding Number:<br>25-00243 DER |

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

1

| | |
|---|---|
| Diamond Comic Distributors, Inc. v. Heavy Metal Media, LLC | Adversary Proceeding Number: 25-00248 DER |
| Diamond Comic Distributors, Inc. v. Magnetic Press, LLC | Adversary Proceeding Number: 25-00252 DER |
| Diamond Comic Distributors, Inc. v. Massive Publishing, LLC | Adversary Proceeding Number: 25-00253 DER |
| Diamond Comic Distributors, Inc. v. Oni Press, Inc. | Adversary Proceeding Number 25-00255 DER |
| Diamond Comic Distributors, Inc. v. Panini UK, Ltd. | Adversary Proceeding Number 25-00257 DER |
| Diamond Comic Distributors, Inc. v. Alien Books | Adversary Proceeding Number 25-00234 DER |
| Diamond Comic Distributors, Inc. v. Titan Comics | Adversary Proceeding Number 25-00258 DER |
| Diamond Comic Distributors, Inc. v. Vault Storyworks, LLC | Adversary Proceeding Number 25-00261 DER |

## ORDER GRANTING MOTIONS TO DISMISS ADVERSARY PROCEEDING COMPLAINT(S)

Upon consideration of the above-captioned members of the Consignment Group[2] (collectively the "Consignors," and each, individually, a "Consignor"), Motions to Dismiss Adversary Proceeding Complaint(s) (collectively the "Motions to Dismiss") as identified in the above-captioned adversary proceedings, any response thereto, and for good cause shown, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that each of the Motions to Dismiss be and hereby are granted; and it is further

---

[2] The Consignment Group herein are: (i) Aspen MLT, LLC a/k/a Aspen Comics, (ii) Black Mask Studios, LLC, (iii) DSTLRY Media, Inc., (iv) Dynamic Forces, Inc. a/k/a Dynamite Entertainment, (v) Heavy Metal International, LLC, (vi) Magnetic Press, LLC, (vii) Massive Publishing, LLC, (viii) Oni-Lion Forge Publishing Group, LLC f/k/a Oni Press, LLC, (ix) Panini UK Ltd., (x) Punk Bot Comic Books, LLC a/k/a Alien Books, (xi) The Penn State University a/k/a Graphic Mundi, (xii) Titan Publishing Group, Ltd., (xiii) Vault Storyworks, LLC a/k/a Vault Comics f/k/a Creative Mind, and (xiv) Dark Horse Comics, LLC.

2

**ORDERED**, that each of the above captioned adversary proceedings be and hereby are dismissed with prejudice.

Copies to:

Craig M. Palik, Esquire cpalik@mhlawyers.com
Justin P. Fasano, Esquire jfasano@mhlawyers.com
Janet M. Nesse, Esquire  jnesse@mhlawyers.com
Zvi Guttman zvi@zviguttman.com zviguttman@gmail.com, zviguttman@outlook.com, MD55@ecfcbis.com
Morgan Fisher mwf@morganfisherlaw.com>
Drew Dillworth DDillworth@stearnsweaver.com
Eric Silver esilver@stearnsweaver.com
Matthew Graham <mgraham@stearnsweaver.com
Carmen Veguilla <cveguilla@stearnsweaver.com>

                                                  /s/ Craig M. Palik
                                                  Craig M. Palik